```
BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051
```

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SCHWARTZENGRABER<br>xxx-xx-3693<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>**Commissioner of Social Security<br>of the United States of America,**<br><br>Defendant. | Case No.  CIV 11-1770 DAD<br><br>**STIPULATION AND<br>ORDER EXTENDING PLAINTIFF'S<br>TIME TO FILE SUMMARY<br>JUDGEMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file his summary judgment is hereby extended from March 20, 2012, to April 5, 2012, and all other due dates to be extended accordingly.  Plaintiff's counsel has four other briefs due the same week and is extending the due  date for Mr. Schwartzengraber's since it is the more recent of the two cases due March 20, 2012.  This is Plaintiff's first requested extension on this case.

/ / / /
/ / / /
/ / / /

1

| | |
|---|---|
| Dated: March 20, 2012 | /s/Bess M. Brewer<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| | |
| Dated: March 20, 2012 | Benjamin B. Wagner<br>United States Attorney |
| | Donna L. Calvert<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| | /s/ Tova D. Wolking<br>Tova D. Wolking<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: March 21, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec schwartzengraber1770.stipord.eot.wpd

2